
Fee Paid

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

18

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

POOR QUALITY ORIGINAL

william-dennis,
michiganian national

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

v.

Matthew Edwin Roznowski

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case: 2:25-cv-12889
Assigned To : Goldsmith, Mark A.
Referral Judge: Ivy, Curtis, Jr
Assign. Date : 9/11/2025
Description: CMP william-dennis V. Matthew Edwin Roznowski (LLH)

Jury Trial: ☑ Yes ☐ No
*(check one)*

**Complaint for a Civil Case**

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: william — dennis
- Street Address: 43313 Woodward Avenue #1246
- City and County: Bloomfield Hills, Oakland
- State and Zip Code: Michigan  RFD 48302
- Telephone Number: 734-341-5481
- E-mail Address: findout@wdspi.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Matthew Edwin Koznowski
- Job or Title (if known): Deputy for Oakland County Sheriff
- Street Address: 228 Bauman Avenue
- City and County: Clawson, Oakland
- State and Zip Code: Michigan  48017
- Telephone Number: 248-635-0409
- E-mail Address (if known): roznowskim@michigan.gov

Defendant No. 2
- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

2

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

Defendant No. 3

- Name: 
- Job or Title (if known): 
- Street Address: 
- City and County: 
- State and Zip Code: 
- Telephone Number: 
- E-mail Address (if known): 

Defendant No. 4

- Name: 
- Job or Title (if known): 
- Street Address: 
- City and County: 
- State and Zip Code: 
- Telephone Number: 
- E-mail Address (if known): 

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First and foremost - God given right to all beneath my feet 42 USC. § 1983 (deprivation of rights); U.S. Constitution, Art. IV Privileges and Immunities Clause; U.S. Constitution Fourteenth Amendment Equal Protection and due Process Clauses, U.S. Constitution, Article VI Supremacy Clause; U.S. Constitution, Fifth Amendment (deprivation of liberty without due process), Breach of Trust; oath.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, (name) william-dennis,
      is a ~~citizen~~ national of the State of (name) michigan.

   b. If the plaintiff is a corporation
      The plaintiff, (name) _____,
      is incorporated under the laws of the State of (name)
      _____, and has its principal place of business in the
      State of (name) _____.

   (If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, (name) Matthew Edwin Roznowski, is a citizen of the
      State of (name) Michigan. Or is a citizen of (foreign nation) _____.

   b. If the defendant is a corporation
      The defendant, (name) _____, is incorporated
      under the laws of the State of (name) _____, and
      has its principal place of business in the State of (name)
      _____. Or is incorporated under the laws of
      (foreign nation) _____, and has its principal place
      of business in (name) _____.

   (If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

4

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

3. The Amount in Controversy  The sum value of God given rights

The sum value of core private unalienable constitutional rights

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

i believe core private inherent substantive God given $ constitutional rights are valued beyond all money.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(1) On August 19, 2025 at approximately 6:00pm in Oakland County, Michigan the plaintiff, a michigan national, was exercising his right to travel freely in his propelled property, in which is owned by trust, on the public roads, excercising his constitutional right to travel without a drivers license, as supported by various U.S. Supreme Court precedents affirming that no license or plate is necessary for normal use of an automobile on common ways for personal use

(2) Defendant Matthew Edwin Roznowski, acting under color of State law as a Deputy Sheriff with the Oakland County Sheriffs Office, stopped the plaintiff's vehicle without probable cause or reasonable suspicion of criminal activity or use of code lights.

(3) During the detainment, the Defendant did not identify the plaintiff or automobile, and failed to perform the detainment in a documented manner

(4) the Defendant unlawfully detained the plaintiff prohibiting the plaintiff from continued... (cont.

(Turn Over)

(4) (cont.)

... free travel on the public roads.

(5) The Defendant breached public trust by abusing his authority and failing to uphold federal constitutional rights over conflicting state statutes under the Supremacy Clause.

(6) The Defendant unlawfully ordered the plaintiff to stay off public roads, to stay home, to not be seen again on public roads.

(7) The Defendant used excessive force against the plaintiff by being armed, badged, and use his Sheriff vehicle to follow, stop, and detain.

(8) These actions violated the plaintiff's rights under the Constitution, including the right to travel freely between states, the right to due process, equal protection, freedom from unreasonable searches and siezures, and deprivation of liberty without due process. The Defendants actions were contrary to federal law and Supreme Court Doctrines on the Supremacy Clause and the right to travel, rendering State licensing requirements inapplicable to non-commercial travel.

(9) The plaintiff notified the Sheriff's Office, clerks Office, Commissioner Office, and the Corporate Counsel of Oakland County regarding this matter but no adequate resolution has occurred but rather disdain and aversion towards the plaintiff's rights and the U.S. Constitution from the Defendants Supervisors and employer.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory damages determined by jury
Punitive damages determined by jury

Injunctive Relief in which the entire Oakland County public offices as a whole must be De Jure and all core private inherent constitutional rights must be honored for the plaintiff, his family and their estates.

Declatory Judgment that Michigan driver's license laws, as applied to non commercial travel, violate the U.S. Constitution and are pre-empted by federal law under the Supremacy Clause

Order to compel Defendant to produce all camera, voice, logs, reports, communications regarding the detainment.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: September 11, 2025

Signature of Plaintiff

Printed Name of Plaintiff William Dennis

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

**Additional Information:**

(a) The plaintiff is a Duly Recorded michigan national as described in the Government Publishing Office Styles Handbook (2016) pg 95, recorded with the following:

(b) U.S. President, U.S. Secretary of State, Wayne County DOC # 2023135367
Oakland County Affidavit of Publication #'s L 58220 PG 329
Wayne County Affidavit of Publication # 1536565
                                          1536556
Michigan Office of Administrative Hearing & Rules Case No. ENF 2402023
Living Estate Office of Executor and Office of Grantor (Trust Transfer Grant Deeds - attached)

(c) The U.S. Constitution, The Michigan State Constitution, the Maxims of Equity, and the entire Michigan Compiled Laws; all are hereby fully incorporated and conveyed to the plaintiff's Living Estate Trust, accepted from the public to the private, and each are now conveyed from the private Living Estate Trust to this honorable court, they are to be used to Benefit the plaintiff.

(d) Per US Law / Public Law 94-241 Mar 24, 1976; intention
"i william-dennis being duly sworn, declare myself to be a national but not a ~~U.S.~~ Citizen of the United States"

(e) All plaintiff rights are reserved and none waived

7

JS 44 (Rev. 10 20)

# CIVIL COVER SHEET

County in which action arose: **Oakland**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
william-dennis

(b) County of Residence of First Listed Plaintiff **Oakland**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Matthew Edwin Roznowski

County of Residence of First Listed Defendant **Oakland**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [x] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [x] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **PROPERTY RIGHTS** | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | | | [ ] 820 Copyrights | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | | [ ] 830 Patent | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | [ ] 340 Marine | [ ] 368 Asbestos Personal Injury Product Liability | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | [ ] 840 Trademark | [ ] 460 Deportation |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 880 Defend Trade Secrets Act of 2016 | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 371 Truth in Lending | [ ] 720 Labor Management Relations | | [ ] 480 Consumer Credit (15 USC 1681 or 1692) |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 380 Other Personal Property Damage | [ ] 740 Railway Labor Act | **SOCIAL SECURITY** | [ ] 485 Telephone Consumer Protection Act |
| [ ] 195 Contract Product Liability | [ ] 362 Personal Injury - Medical Malpractice | [ ] 385 Property Damage Product Liability | [ ] 751 Family and Medical Leave Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable Sat TV |
| [ ] 196 Franchise | | | | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/Exchange |
| | | | [ ] 790 Other Labor Litigation | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 Employee Retirement Income Security Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| [ ] 210 Land Condemnation | [x] 440 Other Civil Rights | **Habeas Corpus:** | | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| [ ] 220 Foreclosure | [ ] 441 Voting | [ ] 463 Alien Detainee | | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 442 Employment | [ ] 510 Motions to Vacate Sentence | | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations | [ ] 530 General | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment | [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other | **Other:** | [ ] 462 Naturalization Application | | [ ] 950 Constitutionality of State Statutes |
| | [ ] 448 Education | [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| 440 | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Condition | | | |
| | | [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District (specify)
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983,

Brief description of cause: Violation of Constitutional Rights to travel, unlawful detainment, excessive force, breach of trust, threat to seize property

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions)*:
JUDGE _____  DOCKET NUMBER _____

DATE Sept 3, 2025  SIGNATURE OF ATTORNEY OF RECORD Pro Se

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☑ No

    If yes, give the following information:

    Court: _____

    Case No.: _____

    Judge: _____

Notes :

The plaintiff is a duly recorded michigan national. The U.S. Constitution, Michigan Constitution, Maxims of Equity, and entire Michigan Compiled Laws are fully incorporated and conveyed from the public to the plaintiffs private Living Estate Trust, accepted by the Living Estate Trust and now hereby conveyed to this honorable court. Each are to be used to the benefit of the plaintiff

## Complaint Against Employee Preview



Every citizen has the right to file a legitimate complaint against an employee of the Oakland County Sheriff's Office. The complaint may be made at any Sheriff's Office Substation to any supervisor in person, by telephone, by mail, or online through this portal. Once a complaint is received, the following procedure is followed:
1. The complaint will be reviewed by the employee's immediate supervisor and subsequent Chain of Command.
2. You will receive a confirmation of receipt.
3. The Sheriff's Office will do a meaningful review of each complaint and will thoroughly investigate as needed.
4. You will receive a result notification.

**Language**
English
**CAD Incident #**

**Date of Complaint**
08/19/2025
**Time of Complaint**
6:00 PM

## Individual Filing the Complaint (william-dennis )

Enter your personal information so we may contact you directly if our investigators have any additional questions and to notify you upon completion of our investigation.

You may remain anonymous by checking the appropriate checkbox if you wish, however, we will have no means to notify you of the outcome of the investigation. If you complete this form on behalf of another, please provide your information in addition to the individual's information on whose behalf you submitting this complaint.

**Complainant is a minor/needs help.**     No

**I want to remain anonymous.**     No

**First Name**
william-dennis
**Middle Name**
**Last Name**

**Address**
43313 Woodward Avenue #1246

**City**
Bloomfield Hills

**State**
MI

**Zip**
48302

**Home phone**
734-341-5481 x_____

**Cell phone**
734-341-5481 x_____

**Additional phone**

**Email**
findout@wdspi.com

**Additional Email**

**Date of Birth**

**Age**

**Race**

**Gender**

**Driver's License #**

**Disability**
Yes

**Type of Disability(s)**
Other

**Best time to contact?**
9a to 5pm

**Primary Language Spoken**
English

**Are you able to communicate in English?**
Yes

**Arrested?**
No

**Citation Number**
None

**Injury Information**

**Was complainant injured during the incident?**     Yes

**Type of Injury**
Pending

**Severity of Injury**
Unknown

**Did you seek medical attention?**
No

**Doctor Information**

**Doctor's Name**

**Doctor's Phone**

**Attorney Information**

**Attorney's Name**

**Attorney's Phone**

# Employee (Matt Roznowski)

Please enter any information of the employee(s) who you are complaining on. if you do not know the involved employee's name or ID number, please describe them as best as possible as this will assist the Department in identifying the employee.

**Employee Information**

**Employee #**

**First name**

Matt

**Middle name**

unknown

**Last name**

Roznowski

**Age**

unknown

**Race**

White

**Gender**

Male

**In Uniform**

Yes

**Division**

**Unit**

Office of the Sheriff

**Description of Employee**

White Male, beard, talk s with MUCH arrogance, does not listen, very threatening demeanor, dark hair about mid 40's of age, does not care to listen to anyone but himself. Does not use his lights or siren, followed me for over a mile, went out of his way from a traffic collision to initiate a traffic stop with me, priorities are mixed up, does not honor the US Constitution or Michigan Constitution, did not provide Civilian Due Process. i-am a michigan national and NOT a US Citizen, My Core Private Inherent right to travel has been destroyed by this Deputy and by his Supervisor Sgt Summerville who has assisted in this destruction of my rights. Sgt Summerville admitted i-am right and he then said that "the US Constitution and the Michigan Constitution do not allow me the right to travel freely and without any encumbrances". This is a serious cause of actin and i require this "honorable" office to settle this matter by providing an injunction to protect me and my family from the sheriff and his unconstitutional deputies who apparently have great disdain and aversion of the Constitution as well as my core private substantive inherent rights.

**Vehicle Information**
**Vehicle Make**
**Vehicle Model**
**Vehicle Color**

**Vehicle Number**

**Vehicle Characteristics**

# Incident

Every citizen has the right to make a complaint against an employee of the Police Department. The complaint may be made to any supervisor

**Date of Incident**
**Date of Incident**
08/19/2025
**Day of Incident**
Tuesday
**Time of Incident**
6:00 PM

**Incident Location**
**Address**
5485 Waterford Road
**City**
Independence Twp
**State**
MI
**Zip**
48346

**Incident Description**

i was traveling in my Cherokee and Matt Roznowski followed me from Clarkston, MI on Main st. to Dix Hwy, then to Maybee Rd and then to Waterford road; following me. He then flashes his headlights for me to pull over, so i pull over due to Matt Roznowski initiating an unlawful traffic stop/seizure/detainment of my person and Matt then begins to yell, and rant, and make threats of fines and taking my cherokee, and unlawful orders, and begins by yelling at me "go forward", He said do you know why you were stopped and i said no and he said because you do not have a plate on your car. i said i just bought it and the Secretary of State has issued me a registration and i-am waiting for the actual plate in the mail. Matt Roznowski could care less about what i said and his arrogance and "uncalled for" anger took over and he said he "did not want to hear it and that he was on his way to a traffic collision and that if he had time he would write me up and take my cherokee" He then asked where i was going, i said home and he said where is that i said about a half mile away and Matt said "get off the road or i will write you up" Mattt then said 'don't let me see you on the road or i will write you up and take your car". This is a direct violation of the US Constitution, Michigan Constitution, Right to Travel laws, as well as a great threat to my civilian due process as well as my safety and the safety of my property. i intend on suing unless an Protective Order/Injunction from the Oakland County Sheriff is put in place in which the Oakland County Sheriff and his underlings (Deputies) MUST obey and honor the Constitution they took an oath to and honor my rights to the fullest extent as a michigan national. Otherwise this is a serious violation that remains and has destroyed my core private inherent substantive rights as a michigan national. Because of Matt Roznowski threats towards me while carrying a gun i-am now afraid to go to work or travel or express my Constitutionally protected rights to the Sheriff about my right of free travel without ANY encumbrances in accordance with our NW treaty and Statutes at at Large as well as our Constitution; which the Sheriff department clearly shows great disdain and aversion towards based on the push back and refusal to honor openly accept and honor these lawful laws. i will write the injunction and in the meantime if there is anything the Oakland County Sheriff can do that is equally equitable to an injunction so that i can protect my self, my family, and my property, from the the unlawful, and anti Constitutional practices of the Oakland County Sheriffs Office; please let me know. Please inform the County Clerk and Commissioner of this violation of a michigan national's rights; all duly recorded. i require a copy of the traffic stop, i require a copy of dictaphone tape or electronic communications between the desk sgt and Matt Roznowski during the traffic stop that Matt conducted on me. Other than that, i do not trust the Oakland County Sheriff or his deputies at this point due to the hatred of the Constitution that is clearly evident based on long running unlawful actions of the Sheriff and his Deputies that many of us michigan nationals have been put through the unlawful" system. Remember "Legal" = "Undoing Gods Work" and "Lawful" = Gods work. which do you do? i -am purely lawful as a michigan national who requires this injunction and civilian due process

**Supporting Documentation**

**Attachment(s) supporting complaint:**

No attachment available

☐ I confirm that I have read understood the "Electronic Record and Signature Disclosure" and consent to use electronic records and signatures.

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument Section(s) _RFS232642566US-14.02_ William Dennis Sowders, upon valuable consideration tendered below, Acknowledged and Accepted herein, CONVEYS and WARRANTS to the GRANTEE named and signed below Living Estate Trust william-dennis of the country of Michigan at _Oakland_ county. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust william-dennis, Grantee.

### The following describes the Property/Trust Corpus

The entire Michigan Compiled Laws (MCL's) to include all revisions, amendments, removal and additions to the entire MCL's to the current date and that all Michigan Compiled Laws are to benefit the living estate trust, its trustees and beneficiary to include the plaintiff of this matter, who is the Beneficiary . herein fully included and attached by reference.

_Sep 3, 2025_     _[signature]_
Date     William Dennis Sowders, Grantor

_Sep 3, 2025_     _[signature]_
Date     sowders, william-dennis, Grantee/Trustee

---

United States of America
The State of Michigan

The County of _OAKLAND_ } ss

Before me, _STEVEN COYKENDALL_, Notary Public, by the State of Michigan duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation William Dennis Sowders known to me to be a private michiganian national and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his su juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791. IN WITNESS my hand and official seal

STEVEN M. COYKENDALL
Notary Public, State of Michigan
County of Wayne
My Commission Expires 01-25-2026
Acting in the County of _OAKLAND_

_[signature]_
Notary Public

My Commission Expires: _1-25-2026_

"Witness our hands and seals this _3_ day of, _SEPTEMBER_, _2025_

Signed in the presence of:

Real Property/Res Number: RF523264256US-14.01    Registered Warrant/Bond Number(s)

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument Section(s) RF523264256US-14.01 William Dennis Sowders, upon valuable consideration tendered below. Acknowledged and Accepted herein. CONVEYS and WARRANTS to the GRANTEE named and signed below Living Estate Trust william-dennis of the country of Michigan at Oakland county. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust william-dennis, Grantee.

### The following describes the Property/Trust Corpus

The certified copy of the 1963 Michigan Constitution found in Department of State records, found in group 2003-65, as found in the Archives of Michigan, a unit of the Department of Technology, Management & Budget, dated on July 7, 2025 and signed by Anna Kathryn Welch, Archivist. There are 35 pages to this version of constitution herein fully included and attached by reference.

Sep 3, 2025    William Dennis Sowders, Grantor
Date

Sep 3, 2025    sowders, william-dennis, Grantee/Trustee
Date

---

United States of America
The State of Michigan
The County of OAKLAND    } ss

Before me, STEVEN COYKENDALL, Notary Public, by the State of Michigan duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation William Dennis Sowders known to me to be a private michiganian national and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his su juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791. IN WITNESS my hand and official seal

STEVEN M. COYKENDALL
Notary Public, State of Michigan
County of Wayne
My Commission Expires 01-25-2026
Acting in the County of OAKLAND

Notary Public
My Commission Expires: 1-25-2026

"Witness our hands and seals this 3 day of SEPTEMBER, 2025

Signed in the presence of:

Real Property/Res Number: RF 5232642566 US-14    Registered Warrant/Bond Number(s)

# TRUST TRANSFER GRANT DEED

THE GRANTOR, whose life estate identity is stated in this Trust Instrument Section(s) RF 5232642566 US-14 William Dennis Sowders, upon valuable consideration tendered below. Acknowledged and Accepted herein. CONVEYS and WARRANTS to the GRANTEE named and signed below Living Estate Trust william-dennis of the country of Michigan at Oakland county. This conveyance withdraws/removes the property herein from the public into the Private Living Estate Trust william-dennis. Grantee.

### The following describes the Property/Trust Corpus

The entire 72 page true and accurate copy of the 1908 Michigan Constitution, found in record group 83-46, volume 3, being the records of the Department of State as found in the archives of Michigan, a unit of the Department of Technology, Management & Budget. Signed by AnnKathryn Welch on July 7, 2025 at the Archives Office.

herein fully included and attached by reference.

Sep 3, 2025
Date                William Dennis Sowders, Grantor

Sep 3, 2025
Date                sowders, william-dennis, Grantee/Trustee

---

United States of America
The State of Michigan

The County of OAKLAND } ss

Before me, STEVEN COYKENDALL, Notary Public, by the State of Michigan duly authorized, empowered and admitted to take acknowledgments, on this day came by special restricted visitation William Dennis Sowders known to me to be a private michiganian national and affixed his mark upon the above "Trust Transfer Grant Deed" instrument and acknowledged to me that he executed the same in his sui juris of his own inherent right and capacity created under YHWH, the risen Lord Jesus Christ and that he is the proper authority upon behalf of which he acted and executed the instrument by his sole freewill act and Deed freely and without any threat, fear, or compulsion for the uses and purposes therein expressed and in accordance with Maxims of Equity at the time of the adoption of the Constitution for the united States of America December 15, 1791. IN WITNESS my hand and official seal

STEVEN M. COYKENDALL
Notary Public, State of Michigan
County of Wayne
My Commission Expires 01-25-2026
Acting in the County of OAKLAND

_____
Notary Public

My Commission Expires: 1-25-2026

"Witness our hands and seals this 3 day of SEPTEMBER, 2025

Signed in the presence of: