UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM-DENNIS,                          Case No. 25-12889

                         Plaintiff,      Mark A. Goldsmith
v.                                       United States District Judge

MATTHEW EDWIN                            Curtis Ivy, Jr.
ROZNOWSKI,                               United States Magistrate Judge

                         Defendant.
_____/

## **ORDER**

On January 15, 2026, Defendants filed their *Motion to Dismiss* (ECF No. 29), and on January 26, 2026, Plaintiff filed his *Response Opposing Defendant Motion for Dismissal / Motion for Injunctive Relief & Temporary Restraining Order* (ECF No. 32). In this filing, Plaintiff's response to Defendants' motion to dismiss is coupled with a motion for injunctive relief and temporary restraining order. (*Id.*). Local Rules 5.1(e) and 7.1(i) prohibits motions from being combined or embedded within any other stand-alone document. E.D. Mich. LR 5.1(e), 7.1(i). Indeed, under Local Rules 5.1(e) and 7.1(i), "[m]otions must not be combined with any other stand-alone document." *Id.* In fact, Local Rule 7.1(i) expressly states that "a motion for preliminary injunctive relief must not be combined" with other

documents such as a complaint, response brief, or reply brief. E.D. Mich. LR 7.1(i). And "[p]apers filed in violation of this rule will be stricken." *Id.*

Accordingly, Plaintiff's *Motion for Injunctive Relief & Temporary Restraining Order* (ECF No. 32) is hereby **DENIED** for failure to comply with the Local Rules.[1]

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d). A party may not assign as error any defect in this Order to which timely objection was not made. Fed. R. Civ. P. 72(a). Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection. When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge. E.D. Mich. Local Rule 72.2.

Date: June 3, 2026          s/Curtis Ivy, Jr.
Curtis Ivy, Jr.
United States Magistrate Judge

---

[1] Because the filing includes Plaintiff's brief in response to Defendants' motion to dismiss, the Court declines to strike the entire document at this time.

2

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 3, 2026, by electronic means and/or ordinary mail.

s/Sara Krause
Case Manager
(810) 341-7850

3